**GENOVA BURNS LLC**
Harris S. Freier, Esq. (NJ Bar #013412006)
HFreier@genovaburns.com
494 Broad Street
Newark, New Jersey 07102
Telephone: (973) 533-0777
Facsimile: (973) 533-1112
*Attorneys for Plaintiff, ADP, Inc. and*
*Non-Party Sandra Wijnberg*

**MCDONALD HOPKINS PLC**
Timothy J. Lowe, Esq. (MI Bar # P68669)
tlowe@mcdonaldhopkins.com
39533 Woodward Avenue, Suite 318
Bloomfield Hills, Michigan 48304
Telephone: (248) 646-5070
Facsimile: (248) 646-7075
*Co-Counsel for Plaintiff, ADP, Inc. and*
*Non-Party Sandra Wijnberg*
(To Be Admitted *Pro Hac Vice*)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANDRA WIJNBERG, | |
| Movant, | CASE NO: _____ |
| v. | Underlying litigation: *ADP Inc. v. Matthew Levin* |
| MATTHEW LEVIN, | Case No. 2:21-cv-10574 United States District Court |
| Respondent. | For the District of New Jersey |

## NONPARTY, SANDRA WIJNBERG'S, NOTICE OF MOTION TO QUASH SUBPOENA

{10285136: }

Pursuant to Fed. R. Civ. P. 45, Movant, Sandra Wijnberg ("Ms. Wijnberg") respectfully requests that the Court enter an Order quashing the subpoena issued by Respondent, Matthew Levin in connection with the Subpoena served in *ADP, Inc. v. Matthew Levin*, Case No 2:21-cv-10574, pending in the United States District Court for the District of New Jersey (the "Lawsuit"). Ms. Wijnberg filed this motion in this District because this is the District for compliance with the Subpoena; however, as the recipient of the Subpoena, pursuant to Fed. R. Civ. P. 45(f), Ms. Wijnberg consents to the transfer of this motion to the District of New Jersey, where the Lawsuit is pending.

Ms. Wijnberg's Motion to Quash is supported by the attached exhibits and incorporated memorandum of law.

WHEREFORE, Ms. Wijnberg respectfully requests this Court transfer this action to the District of New Jersey, where the Lawsuit is pending, or otherwise grant the instant Motion and quash the Subpoena issued to Ms. Wijnberg, as well as award her costs and fees for being required to file the instant Motion.

April 20, 2022                **GENOVA BURNS LLC**

/s/ Harris S. Freier
Harris S. Freier, Esq.
HFreier@genovaburns.com
494 Broad Street
Newark, New Jersey 07102
Telephone: (973) 533-0777
Facsimile: (973) 533-1112
*Attorneys for Plaintiff, ADP, Inc. and*

{10285136: }

*Non-Party Sandra Wijnberg*

**MCDONALD HOPKINS PLC**
Timothy J. Lowe, Esq. (MI Bar # P68669)
tlowe@mcdonaldhopkins.com
39533 Woodward Avenue, Suite 318
Bloomfield Hills, Michigan 48304
Telephone: (248) 646-5070
Facsimile: (248) 646-7075
*Co-Counsel for Plaintiff, ADP, Inc. and Non-Party Sandra Wijnberg*
(To Be Admitted *Pro Hac Vice*)

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2022, I caused to be service a true copy of NONPARTY, SANDRA WIJNBERG'S, NOTICE OF MOTION TO QUASH SUBPOENA via CM/ECF filing and electronic mail.

　　　　　　　　　　　　　　　　 */s/ Harris S. Freier*
　　　　　　　　　　　　　　　　HARRIS S. FREIER, ESQ

{10285136: }